UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT AL LAMMERS, | Case No. CV 18-9433-SJO (GJS) |
|---|---|
| Petitioner | |
| v. | **JUDGMENT** |
| SANDRA HUTCHINS, | |
| Respondent. | |

Pursuant to the Court's Order: Granting Motion; Dismissing Petitioner Without Prejudice; And Denying A Certificate Of Appealability,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: March 5, 2019.

S. James Otero
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE